```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :     13cr676 (DLC)
                                           :
            -v-                            :        ORDER
                                           :
BRYAN VALLE,                               :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

ORDERED that the transcripts of the proceedings held on September 3, 2013, December 6, 2013 and February 18, 2014, shall be unsealed and docketed with the Clerk's Office.

Dated:   New York, New York
         February 18, 2015

                              _____
                                       DENISE COTE
                              United States District Judge